IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEASONS CORPORATE, LLC, *et al.* | : | Case No. 18-45284 (NHL) |
| | : | |
| Debtor. | : | |

---

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that **Duane Morris LLP** hereby appears in the above-referenced Chapter 11 case as attorneys for BankUnited, N.A. and pursuant to Bankruptcy Rules 2002 and 9010(b) and § 1109(b) of the Bankruptcy Code, requests that copies of all notices and pleadings given or filed in this case be given and served upon the following:

>Lawrence J. Kotler, Esquire
>**Duane Morris LLP**
>30 South 17th Street
>Philadelphia, PA  19103
>Telephone: (215) 979-1514
>Facsimile:  (215) 689-4951
>
>and
>
>**Duane Morris LLP**
>1540 Broadway
>New York, NY 10036-4086
>Telephone:  (212) 692-1000
>Facsimile:  (215) 692-1020
>Email:  LJKotler@duanemorris.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery,

telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive BankUnited, N.A.: (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which BankUnited, N.A. is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Date: September 18, 2018

/s/ *Lawrence J. Kotler*
Lawrence J. Kotler (PA 56029)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1514 (telephone)
(215) 689-4951 (facsimile)

and

**Duane Morris LLP**
1540 Broadway
New York, NY 10036-4086
Telephone: (212) 692-1000
Facsimile: (215) 692-1020

*Attorneys for BankUnited, N.A.*