# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEASONS CORPORATE LLC, *et al.*, | Case No.:  18-45284 (NHL) |
| | Jointly Administered |
| Debtors.[1] | |

**NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF**
**CLAIM ON OR BEFORE JUNE 7, 2019**

| Name | Case No. |
|---|---|
| Seasons Corporate LLC | 1-18-45284-nhl |
| Blue Gold Equities LLC | 1-18-45280-nhl |
| Amsterdam Avenue Market LLC | 1-18-45281-nhl |
| Lawrence Supermarket LLC | 1-18-45282-nhl |
| Seasons Cleveland LLC | 1-18-45283-nhl |
| Wilmot Road Market LLC | 1-18-45285-nhl |
| Seasons Lakewood LLC | 1-18-45286-nhl |
| Central Avenue Market LLC | 1-18-45287-nhl |
| Seasons Clifton LLC | 1-18-45288-nhl |
| Upper West Side Supermarket LLC | 1-18-45289-nhl |
| Seasons Express Inwood LLC | 1-18-45290-nhl |
| Seasons Maryland LLC | 1-18-45291-nhl |
| Seasons Property Management LLC | 1-18-46618-nhl |

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST**
**ANY OF THE DEBTORS ON THE ABOVE LIST:**

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of their federal tax identification numbers, are as follows: Blue Gold Equities LLC (7766), Central Avenue Market LLC (7961), Amsterdam Avenue Market LLC (7988), Wilmot Road Market LLC (8020), Seasons Express Inwood LLC (1703), Seasons Lakewood LLC (0295), Seasons Maryland LLC (1895), Seasons Clifton LLC (3331), Seasons Cleveland LLC (7367), Lawrence Supermarket LLC (8258), Upper West Side Supermarket LLC (8895), Seasons Property Management LLC (2672) and Seasons Corporate LLC (2266) (collectively the "**Debtors**").

The United States Bankruptcy Court for the Eastern District of New York has entered an Order establishing **June 7, 2019 at 5:00 p.m.** (the "**Bar Date**") as the last date for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units) to file a proof of claim against the other Debtors on the above list.

The Bar Date and the procedures set forth below for filing proofs of claim apply to all claims against the Debtors that arose prior to September 16, 2018 (the "**Filing Date**"), the date on which the Debtors commenced a case under chapter 11 of 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"),[2] except for those holders of the claims listed in Section 4 below that are specifically excluded from the Bar Date filing requirement.

1. **WHO MUST FILE A PROOF OF CLAIM**

You MUST file a proof of claim to vote on a Chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estate if you have a claim that arose prior to the Filing Date, and it is not one of the types of claims described in Section 4 below. Claims based on acts or omissions of the Debtors that occurred before the Filing Date must be filed on or prior to the Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Filing Date.

Under section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable,

---

[2] ~~Sessions~~ ***Seasons*** Property Management, LLC commenced its bankruptcy case on November 14, 2018.

secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

**2.     WHAT TO FILE**

Your filed proof of claim must conform substantially to Official Form No. 410, a copy of which is annexed to this Notice. Additional proof of claim forms may be obtained at www.uscourts.gov/bkforms.

The proof of claim form must be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant. It must be written in English and be denominated in United States currency. You must attach to your completed proof of claim any documents on which the claim is based (if voluminous, attach a summary).

Any holder of a claim against more than one Debtor must file a separate proof of claim with respect to each Debtor, and all holders of claims must identify on their proof of claim the specific Debtor against which their claim is asserted and the case number of that Debtors' bankruptcy case. A list setting forth each Debtor's name and case number is set forth above.

Your proof of claim form shall not contain complete social security numbers or taxpayer identification numbers (only the last four digits), a complete birth date (only the year), the name of a minor (only the minor's initials) or a financial account number (only the last four digits of such financial account).

3. **WHEN AND WHERE TO FILE**

   A.  Except as provided for herein, all proofs of claim must be filed so as to be received no later than **5:00 p.m. on June 7, 2019**. Proofs of claim shall be filed in one of the following ways:

   (i)  Online through the Debtors' case website at:

   **https://omnimgt.com/seasonscorporatepocsubmission** and click on

   "Submit a Proof of Claim."

   -OR-

   (ii) By first-class mail, hand delivery, or overnight mail:

   Seasons Corporate, et al. Claims Processing
   c/o Omni Management Group
   5955 De Soto Avenue, Suite 100
   Woodland Hills, CA 91367

   Proofs of claim will be deemed filed only when received at the address listed herein on or before the Bar Date. Proofs of claim may not be delivered by facsimile, telecopy or electronic mail transmission.

   B.  **Proofs of Claim by governmental units must be filed by the Bar Date.**

4. **WHO NEED NOT FILE A PROOF OF CLAIM**

   You do **not** need to file a proof of claim on or before the Bar Date if you are:

   (a) A person or entity that has already filed a proof of claim against one of the Debtors in this case with the Clerk of the Bankruptcy Court for the Eastern District of New York in a form substantially similar to Official Bankruptcy Form No. 410;

  (b) A person or entity whose claim is listed on the Schedules of Assets and Liabilities filed by the Debtors (collectively, the "**Schedules**") [Docket Entry No. 172] if (i) the claim is <u>not</u> scheduled as "disputed," "contingent," or "unliquidated" <u>and</u> (ii) you agree with the amount, nature and priority of the claim as set forth in the Schedules <u>and</u> (iii) you do not dispute that your claim is an obligation only of the specific Debtor against which the claim is listed in the Schedules;

  (c) A holder of a claim that has already been allowed in this case by order of the Court;

  (d) A holder of a claim for which a different deadline for filing a proof of claim in this case has already been fixed by this Court; or

  (e) A holder of a claim allowable under sections 503(b) and 507(a)(2) of the Bankruptcy Code as an expense of administration of the Debtors' estates.

If you are a holder of an equity interest in the Debtors, you need not file a proof of interest with respect to the ownership of such equity interest at this time. But, if you assert a claim against the Debtors, including a claim relating to your equity interest or the purchase or sale of that interest, you must file a proof of claim on or prior to the Bar Date in accordance with the procedures set forth in this Notice.

This Notice is being sent to many persons and entities that have had some relationship with or have done business with the Debtors, but may not have an unpaid claim against the Debtors. The fact that you have received this Notice does not mean that you have a claim, or that the Debtors or the Court believes that you have a claim against the Debtors.

**5. EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

If you have a claim arising out of the rejection of an executory contract or unexpired lease as to which the order authorizing such rejection is dated on or before the date of entry of the Bar Order, you must file a proof of claim based on such rejection on or before the later of the Bar Date or the date that is 30 days after the date of the order authorizing such rejection.

Any person or entity that has a claim arising from the rejection of an executory contract or unexpired lease, as to which the order is dated after the date of entry of the Bar Order, must file a proof of claim with respect to such claim by the date fixed by the Court in the applicable order authorizing rejection of such contract or lease.

6.     **CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE BAR DATE**

ANY HOLDER OF A CLAIM THAT IS NOT EXCEPTED FROM THE REQUIREMENTS OF THIS ORDER, AS SET FORTH IN SECTION 4 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM, WILL BE BARRED FROM ASSERTING ITS CLAIM AGAINST THE DEBTORS AND THEIR CHAPTER 11 ESTATES, VOTING ON ANY PLAN OF REORGANIZATION FILED IN THIS CASE, AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASE ON ACCOUNT OF THAT CLAIM.

7.     **THE DEBTORS' SCHEDULES AND ACCESS THERETO**

You may be listed as the holder of a claim against the Debtors in the Debtors' Schedules. If you agree with the nature, amount and status of your claim as listed in the Debtors' Schedules, and if you do not dispute that your claim is only against the Debtor specified by the Debtors, and if your claim is not described as "disputed," "contingent," or "unliquidated," you do not need to file a proof of claim. Otherwise, you must file a proof of claim before the Bar Date in accordance with the procedures set forth in this Notice.

Copies of the Debtor's Schedules are available for inspection on the Court's Internet Website at http://www.nysb.uscourts.gov. A login and password to the Court's Public Access to Electronic Court Records ("PACER") are required to access this information and can be obtained through the PACER Service Center at http://www.pacer.gov. Copies of the Debtors' Schedules may also be examined between the hours of 9:00 a.m. and 4:30 p.m., Monday through Friday at the Office of the Clerk of the Bankruptcy Court, Conrad B. Duberstein U.S. Bankruptcy Courthouse, 271 Cadman Plaza East, Brooklyn, NY 11201-1800. Copies of the Debtor's Schedules may also be obtained by written request to Debtors' counsel at the address and telephone number set forth below.

**A holder of a possible claim against the Debtor should consult an attorney regarding any matters not covered by this notice, such as whether the holder should file a proof of claim.**

Dated: _____ , New York             **BY ORDER OF THE COURT**
       _____ \_\_, 2019

_____
**ZEICHNER ELLMAN & KRAUSE LLP**
Nathan Schwed
Peter Janovsky
Robert Guttmann
1211 Avenue of the Americas, 40th Floor
New York, New York 10036
Telephone: (212) 2230400
Facsimile: (212) 753-0396
Email: nschwed@zeklaw.com
       pjanovsky@zeklaw.com
       rguttmann@zeklaw.com

*Counsel for the Debtors*