# **EXHIBIT A**

Nathan Schwed, Esq.
Peter Janovsky, Esq.
Robert Guttmann, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone:(212) 223-0400
Facsimile: (212) 753-0396

This Order relates to a hearing
held on _____

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEASONS CORPORATE LLC, *et al.*, | Case No.: 18-45284 (nhl) |
| Debtors.[1] | Jointly Administered |

**ORDER SUSTAINING DEBTORS' FIRST OMNIBUS OBJECTION TO
SECURED CLAIMS FILED AGAINST THE DEBTORS THAT ARE
DUPLICATE, IMPROPERLY CLASSIFIED AS SECURED, OR SATISFIED**

Upon the Debtors' First Omnibus Objection to Claims (the "First Objection")[2] that are duplicate and/or have been amended (the "Duplicate Claims"); (ii) improperly classified as secured (the "Reclassified Claims"); or (iii) satisfied, assumed

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of their federal tax identification numbers, are as follows: Blue Gold Equities LLC (7766), Central Avenue Market LLC (7961), Amsterdam Avenue Market LLC (7988), Wilmot Road Market LLC (8020), Seasons Express Inwood LLC (1703), Seasons Lakewood LLC (0295), Seasons Maryland LLC (1895), Seasons Clifton LLC (3331), Seasons Cleveland LLC (7367), Lawrence Supermarket LLC (8258), Upper West Side Supermarket LLC (8895), Seasons Property Management LLC (2672) and Seasons Corporate LLC (2266) (collectively the "Debtors").

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the First Objection.

and/or cured (the "Satisfied Claims" and, together with the Duplicate Claims and the Reclassified Claims, the "Disputed Claims"), and the Court having jurisdiction to consider the First Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the First Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the First Objection having been provided, and no other or further notice of the First Objection being necessary; and the Court having considered the First Objection, and any responses thereto; and it appearing that the relief requested therein is in the best interests of the Debtors and their estates, creditors, and all other parties in interest; and after due deliberation thereon and good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

      1. The relief requested in the First Objection is granted to the extent provided herein.

2. The following Claims listed on Schedule 1 hereto as "Duplicate" in the column under the heading "Basis for Objection" are disallowed and expunged in their entirety; *provided however*, that the relief granted herein shall have no effect on a surviving claim listed in the column under the heading of "Proposed General Unsecured Amount" on Schedule 1:

| Claim Number | Claimant |
| --- | --- |
| C32, C20, and C16 | American Express National Bank |
| C26. C17, C23, C24 and C13 | L & N Consulting Group, LLC |
| C24, C38, C27, C18, C25, and C14 | Supersol Ltd. |

3. The following Claims listed on Schedule 1 hereto as "Reclassify to Unsecured" under the heading "Proposed Treatment" are reclassified as unsecured Claims and allowed in the amount set forth in the column under the heading of "Proposed General Unsecured Amount" on Schedule 1 hereto:

| Claim Number | Claimant |
| --- | --- |
| C37 | L & N Consulting Group, LLC |
| C8 | American Express National Bank |

4. The following Claims listed on Schedule 1 hereto in the column under the heading "Basis for Objection" as Assumed and Cured and/or Paid are disallowed and expunged in their entirety:

| Claim Number | Claimant |
| --- | --- |
| C2 | Bank Capital LLC d/b/a F.N.B. Equipment Finance |
| C10 | Crestmark Equipment Finance, Inc. |
| C8, C9, C10, C11, C12, C13, C14, C15, C16, C17, and C18 | Ford Motor Credit Company, LLC |
| C10 | Great American Financial Services Corp |
| C92, C22, C13, and C21 | Nathel & Nathel |
| C7 | Public Service Truck Renting |
| C113 | SKNY LLC |

5. The Clerk's Office is authorized and directed to modify the official claims registry for the Debtors, as appropriate, in compliance with the terms of this Order.

6. Each Disputed Claim and the objections filed by the Debtors to such claim, as addressed in the First Objection and as set forth on Schedule 1 hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.

7. This Order shall be deemed a separate Order with respect to each Disputed Claim. Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter which involves such

claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the First Objection or this Order.

8. The terms and conditions of this Order are effective immediately upon entry.

9. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

4815-5658-0034, v. 6

SEASONS CORPORATE, ET AL.
CASE NO. 18-45284 (JOINTLY ADMINISTERED)
NON-SUBSTANTIVE OMNIBUS OBJECTION TO SECURED CLAIMS

| Claim No. | Claim Filed Date | Creditor | Debtor | Filed Secured Amount | Scheduled Secured Amount | Proposed Secured Amount | Proposed General Unsecured Amount | Proposed Treatment | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| C32 | 5/31/2019 | American Express National Bank | Central, Blue Gold, Amsterdam, Wilmot | $278,434.91 | | $0.00 | | Disallow | Duplicate of C8 |
| C20 | 5/31/2019 | American Express National Bank | Central, Blue Gold, Amsterdam, Wilmot | $278,434.91 | | $0.00 | | Disallow | Duplicate of C8 |
| C16 | 5/31/2019 | American Express National Bank | Central, Blue Gold, Amsterdam, Wilmot | $278,434.91 | | $0.00 | | Disallow | Duplicate of C8 |
| C8 | 11/10/2018 | American Express National Bank | Central, Blue Gold, Amsterdam, Wilmot | $278,434.91 | | $0.00 | $278,434.91 | Reclassify to Unsecured | No security |
| C2 | 2/13/2019 | Bank Capital LLC d/b/a F.N.B. Equipment Finance | Seasons Cleveland LLC | $1,626,142.96 | | $0.00 | | Disallow | Assumed and cured |
| C10 | 12/3/2018 | Crestmark Equipment Finance, Inc. | Wilmot Road Market LLC | $3,365,763.45 | $0.00 | $0.00 | | Disallow | Assumed and cured |
| C8 | 10/19/2018 | Ford Motor Credit Company, LLC | Wilmot Road Market LLC | $17,173.82 | $175,803.00 | $0.00 | | Disallow | Assumed and cured |
| C9 | 10/19/2018 | Ford Motor Credit Company, LLC | Blue Gold Equities LLC | $14,949.32 | | $0.00 | | Disallow | Assumed and cured |
| C10 | 10/19/2018 | Ford Motor Credit Company, LLC | Wilmot Road Market LLC | $15,307.65 | | $0.00 | | Disallow | Assumed and cured |
| C11 | 10/19/2018 | Ford Motor Credit Company, LLC | Blue Gold Equities LLC | $20,076.76 | | $0.00 | | Disallow | Assumed and cured |
| C12 | 10/19/2018 | Ford Motor Credit Company, LLC | Seasons Lakewood LLC | $17,459.94 | | $0.00 | | Disallow | Assumed and cured |
| C13 | 10/19/2018 | Ford Motor Credit Company, LLC | Central Avenue Market LLC | $13,697.80 | | $0.00 | | Disallow | Assumed and cured |
| C14 | 10/19/2018 | Ford Motor Credit Company, LLC | Amsterdam Avenue Market LLC | $16,768.04 | | $0.00 | | Disallow | Assumed and cured |
| C15 | 10/19/2018 | Ford Motor Credit Company, LLC | Amsterdam Avenue Market LLC | $14,928.56 | | $0.00 | | Disallow | Assumed and cured |
| C16 | 10/19/2018 | Ford Motor Credit Company, LLC | Amsterdam Avenue Market LLC | $14,922.03 | | $0.00 | | Disallow | Assumed and cured |
| C17 | 10/19/2018 | Ford Motor Credit Company, LLC | Wilmot Road Market LLC | $17,078.97 | | $0.00 | | Disallow | Assumed and cured |
| C18 | 10/19/2018 | Ford Motor Credit Company, LLC | Blue Gold Equities LLC | $14,418.83 | | $0.00 | | Disallow | Assumed and cured |
| C10 | 12/18/2018 | Great America Financial Services Corp. | Seasons Express Inwood LLC | $2,000.00 | | $0.00 | | Disallow | Secured by ICEE machine; assumed. Debtor does not have equipment |
| C37 | 6/6/2019 | L&N Consulting Group, LLC | Blue Gold Equities LLC | $8,171,899.12 | | $0.00 | $8,171,899.12 | Reclassify to Unsecured | No security |
| C26 | 6/6/2019 | L&N Consulting Group, LLC | Seasons Corporate | $8,171,899.12 | | $0.00 | | Disallow | Duplicate of C37 |
| C17 | 6/6/2019 | L&N Consulting Group, LLC | Seasons Corporate | $8,171,899.12 | | $0.00 | | Disallow | Duplicate of C37 |
| C23 | 6/6/2019 | L&N Consulting Group, LLC | Seasons Corporate | $8,171,899.12 | | $0.00 | | Disallow | Duplicate of C37 |
| C24 | 6/6/2019 | L&N Consulting Group, LLC | Seasons Corporate | $8,171,899.12 | | $0.00 | | Disallow | Duplicate of C37 |
| C13 | 6/6/2019 | L&N Consulting Group, LLC | Seasons Corporate | $8,171,899.12 | | $0.00 | | Disallow | Duplicate of C37 |
| C92 | 4/3/2019 | Nathel & Nathel, Inc | Blue Gold Equities LLC | $23,013.00 | | $0.00 | | Disallow | PACA claim - Paid |
| C22 | 4/3/2019 | Nathel & Nathel, Inc | Seasons Lakewood LLC | $18,977.00 | | $0.00 | | Disallow | PACA claim - Paid |
| C13A | 4/3/2019 | Nathel & Nathel, Inc | Central Avenue Market LLC | $22,506.00 | | $0.00 | | Disallow | PACA claim - Paid |
| C21 | 4/3/2019 | Nathel & Nathel, Inc | Seasons Clifton LLC | $14,593.00 | | $0.00 | | Disallow | PACA claim - Paid |
| C7 | 10/26/2018 | Public Service Truck Renting | Central Avenue Market LLC | $5,965.11 | | $0.00 | | Disallow | Truck lease; assumed. Debtor does not have equipment |
| C113 | 5/15/2019 | SKNY LLC | Seasons Corporate | $3,472,711.38 | $0.00 | $0.00 | | Disallow | Paid |
| C24 | 6/6/2019 | Super Sol Ltd. | Seasons Corporate | $32,653.97 | $0.00 | $0.00 | | Disallow | Duplicate of L & N Claim 37 |
| C38 | 6/6/2019 | Super Sol, Ltd. | Seasons Corporate | $32,653.97 | $0.00 | $0.00 | | Disallow | Duplicate of L & N Claim 37 |
| C27 | 6/6/2019 | Super Sol, Ltd. | Seasons Corporate | $32,653.97 | $0.00 | $0.00 | | Disallow | Duplicate of L & N Claim 37 |
| C18 | 6/6/2019 | Super Sol, Ltd. | Seasons Corporate | $32,653.97 | $0.00 | $0.00 | | Disallow | Duplicate of L & N Claim 37 |
| C25 | 6/6/2019 | Super Sol, Ltd. | Seasons Corporate | $32,653.97 | $0.00 | $0.00 | | Disallow | Duplicate of L & N Claim 37 |
| C14 | 6/6/2019 | Super Sol, Ltd. | Seasons Corporate | $32,653.97 | $0.00 | $0.00 | | Disallow | Duplicate of L & N Claim 37 |