# EXHIBIT A

Nathan Schwed, Esq.
Peter Janovsky, Esq.
Robert Guttmann, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone:(212) 223-0400
Facsimile: (212) 753-0396

This Order relates to a hearing
held on _____

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEASONS CORPORATE LLC, *et al.*, | Case No.: 18-45284 (nhl) |
| Debtors.[1] | Jointly Administered |

**ORDER SUSTAINING DEBTORS' SECOND OMNIBUS OBJECTION: TO ADMINISTRATIVE CLAIMS FILED AGAINST THE DEBTORS THAT ARE DUPLICATE, IMPROPERLY CLASSIFIED AS ADMINISTRATIVE, SATISFIED, OR NOT REFLECTED IN THE DEBTORS' BOOKS AND <u>RECORDS</u>**

Upon the Debtors' Second Omnibus Objection to Claims (the "Second Objection")[2] that are duplicate and/or have been amended (the "Duplicate Claims"); (ii)

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of their federal tax identification numbers, are as follows: Blue Gold Equities LLC (7766), Central Avenue Market LLC (7961), Amsterdam Avenue Market LLC (7988), Wilmot Road Market LLC (8020), Seasons Express Inwood LLC (1703), Seasons Lakewood LLC (0295), Seasons Maryland LLC (1895), Seasons Clifton LLC (3331), Seasons Cleveland LLC (7367), Lawrence Supermarket LLC (8258), Upper West Side Supermarket LLC (8895), Seasons Property Management LLC (2672) and Seasons Corporate LLC (2266) (collectively the "Debtors").

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Second Objection.

improperly classified as administrative (the "Reclassified Claims"); (iii) satisfied, assumed and/or cured (the "Satisfied Claims"); or (iv) not reflected in the Debtors' books and records (the "Records Claims" and, together with the Duplicate Claims, the Reclassified Claims and the Satisfied Claims the "Disputed Claims"), and the Court having jurisdiction to consider the Second Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Second Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Second Objection having been provided, and no other or further notice of the Second Objection being necessary; and the Court having considered the Second Objection, and any responses thereto; and it appearing that the relief requested therein is in the best interests of the Debtors and their estates, creditors, and all other parties in interest; and after due deliberation thereon and good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

        1. The relief requested in the Second Objection is granted to the extent provided herein.

2. The following Claims listed on Schedule 1 hereto as "Duplicate" in the column under the heading "Basis for Objection," are disallowed and expunged in their entirety, provided, however, that the relief granted herein shall have no effect on the surviving claim by Hal Reinhardt filed as unsecured Claim No. 150.

| Claim Number | Claimant |
| --- | --- |
| C53 | ABC Baby Care, Inc. |
| C149 | Hal Reinhardt |

3. The following Claim listed on Schedule 1 hereto as "Reclassify to Unsecured" in the column under the heading "Basis for Objection," is reclassified as unsecured under the heading labeled "Proposed General Unsecured Amount."

| Claim Number | Claimant |
| --- | --- |
| C31 | CLS Planning and Construction |

4. The following Claims listed on Schedule 1 hereto in the column under the heading "Basis for Objection" as Assumed and Cured and/or Paid, are disallowed and expunged in their entirety.

| Claim Number | Claimant |
| --- | --- |
| C1, C2 | New York State |
| C50 | Reisman's Bakery, Inc. |
| C44 | SSNS Express |
| C25 | Superior Linen Supply |

5. The following Claim listed on Schedule 1 hereto as "Books and Records" in the column under the heading "Basis for Objection" is disallowed and expunged in its entirety.

| **Claim Number** | **Claimant** |
|---|---|
| C26 | Beltway Wholesale Produce |

6. The Clerk's Office is authorized and directed to modify the official claims registry for the Debtors, as appropriate, in compliance with the terms of this Order.

7. Each Disputed Claim and the objections filed by the Debtors to such claim, as addressed in the Second Objection and as set forth on Schedule 1 hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.

8. This Order shall be deemed a separate Order with respect to each Disputed Claim. Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Second Objection or this Order.

9. The terms and conditions of this Order are effective immediately upon entry.

10. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

4824-1306-2864, v. 2

SEASONS CORPORATE, ET AL.
CASE NO. 18-45284 (JOINTLY ADMINISTERED)
NON-SUBSTANTIVE OMNIBUS OBJECTION TO ADMINISTRATIVE CLAIMS

| Claim No. | Claim Filed Date | Creditor | Debtor | Filed Admin Amount | Proposed Treatment | Basis for Objection |
|---|---|---|---|---|---|---|
| C53 | 7/24/2019 | ABC Baby Care Inc. | Seasons Lakewood LLC | $12,177.11 | Disallow | Pre-petition goods, Late filed, Duplicate of C44 |
| C26 | 6/24/2019 | Beltway Wholesale Produce Inc | Seasons Maryland LLC | No Amount | Disallow | No basis provided for claim |
| C31 | 7/24/2019 | CLS Planning & Construction Services LLC | Wilmot Road Market LLC | $8,586.12 | Reclassify to Unsecured | Pre-petition services |
| C149 | 6/17/2019 | Hal Reinhardt | Seasons Corporate | $3,752.76 | Disallow | Duplicate of Claim #C150; No basis for admin. status |
| C1 | 10/12/2018 | New York State | Seasons Corporate | $50.00 | Disallow | Paid post-petition |
| C2 |  | New York State | Seasons Corporate | $50.00 | Disallow | Paid post-petition |
| C2 | 10/15/2019 | New York State | Seasons Corporate | $50.00 | Disallow | Paid post-petition |
| C50 | 6/18/2019 | Reisman's Bakery Inc. | Seasons Lakewood LLC | $2,731.45 | Disallow | Paid post-petition |
| C44 | 7/24/2019 | SSNS Express LLC | Seasons Lakewood LLC | No Amount | Disallow | Paid |
| C25 | 7/22/2019 | Superior Linen Supply | Lawrence Supermarket LLC | $11,245.65 | Disallow | Paid post-petition |