# EXHIBIT A

Nathan Schwed, Esq.
Peter Janovsky, Esq.
Robert Guttmann, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone:(212) 223-0400
Facsimile: (212) 753-0396

This Order relates to a hearing
held on _____

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEASONS CORPORATE LLC, *et al.*, | Case No.:   18-45284 (nhl) |
| Debtors.[1] | Jointly Administered |

**ORDER SUSTAINING DEBTORS' THIRD OMNIBUS OBJECTION: TO PRIORITY CLAIMS FILED AGAINST THE DEBTORS THAT ARE DUPLICATE, IMPROPERLY CLASSIFIED AS PRIORITY, SATISFIED, OR NOT REFLECTED IN THE DEBTORS' BOOKS AND RECORDS**

Upon the Debtors' Third Omnibus Objection to Priority Claims (the "Third Objection")[2] that are duplicate and/or have been amended (the "Duplicate

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of their federal tax identification numbers, are as follows: Blue Gold Equities LLC (7766), Central Avenue Market LLC (7961), Amsterdam Avenue Market LLC (7988), Wilmot Road Market LLC (8020), Seasons Express Inwood LLC (1703), Seasons Lakewood LLC (0295), Seasons Maryland LLC (1895), Seasons Clifton LLC (3331), Seasons Cleveland LLC (7367), Lawrence Supermarket LLC (8258), Upper West Side Supermarket LLC (8895), Seasons Property Management LLC (2672) and Seasons Corporate LLC (2266) (collectively the "Debtors").

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Third Objection.

Claims"); (ii) improperly classified as secured (the "Reclassified Claims"); (iii) satisfied, assumed and/or cured (the "Satisfied Claims") or (iv) not reflected in the Debtor's books and records (the "Records Claims" and, together with the Duplicate, Reclassified, and Satisfied Claims, the "Disputed Claims"), and the Court having jurisdiction to consider the Third Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Third Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Third Objection having been provided, and no other or further notice of the Third Objection being necessary; and the Court having considered the Third Objection, and any responses thereto; and it appearing that the relief requested therein is in the best interests of the Debtors and their estates, creditors, and all other parties in interest; and after due deliberation thereon and good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The relief requested in the Third Objection is granted to the extent provided herein.

2. The following Claims listed on Schedule 1 hereto as "Duplicate" in the column under the heading "Basis for Objection," are disallowed and expunged in their entirety; *provided however*, that the relief granted herein shall have no effect on (a) the surviving claim of Central Time Clock listed under the heading labeled "Proposed General Unsecured Amount" on Schedule 1; and (b) the surviving claim filed as an unsecured claim by Scarsdale Shopping Center Associates as Claim No. 128.

| Claim Number | Claimant |
|---|---|
| C150 | Central Time Clock, Inc. |
| C128 | Scarsdale Shopping Center Associates |

3. The following Claims listed on Schedule 1 hereto as "Reclassify to Unsecured" under the heading "Basis for Objection," are reclassified as unsecured, and the relief granted herein shall have no effect on the surviving claim listed under the heading labeled "Proposed General Unsecured Amount" on Schedule 1.

| Claim Number | Claimant |
|---|---|
| C117 | A & L Cesspool Service Corp. |
| C7 | Central Time Clock, Inc. |
| C125 | Congregation Chemed of Nitra |
| C12 | Kel Chai Corp. |

4. The following Claims listed on Schedule 1 hereto under the heading "Basis for Objection" as Assumed and Cured and/or Paid, are disallowed and expunged in their entirety.

| Claim Number | Claimant |
| --- | --- |
| C5 | Comptroller of Maryland |
| C1, C2 | New York State |
| C5 | State of New Jersey |

5. The following Claims listed on Schedule 1 hereto as "Books and Records" under the heading "Basis for Objection," are disallowed and expunged in their entirety:

| Claim Number | Claimant |
| --- | --- |
| C9, C11 | State of New Jersey |

6. The Clerk's Office is authorized and directed to modify the official claims registry for the Debtors, as appropriate, in compliance with the terms of this Order.

7. Each Disputed Claim and the objections filed by the Debtors to such claim, as addressed in the Third Objection and as set forth on Schedule 1 hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.

8. This Order shall be deemed a separate Order with respect to each Disputed Claim. Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Third Objection or this Order.

9. The terms and conditions of this Order are effective immediately upon entry.

10. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

4836-6177-7616, v. 1

SEASONS CORPORATE, ET AL.

CASE NO. 18-45284 (JOINTLY ADMINISTERED)

NON-SUBSTANTIVE OMNIBUS OBJECTION TO PRIORITY CLAIMS

| Claim No. | Creditor | Debtor | Filed Priority Amount | Filed General Unsecured Amount | Proposed General Unsecured Amount | Proposed Treatment | Basis for Objection |
|---|---|---|---|---|---|---|---|
| C117 | A & L Cesspool Service Corp. | Lawrence Supermarket LLC | $500.00 | $1,183.68 | $1,683.68 | Reclassify to Unsecured | No basis for priority; claimed as wages |
| C7 | Central Time Clock, Inc. | Wilmot Road Market LLC | $257.76 | $3,495.00 | $3,752.76 | Reclassify to Unsecured | No basis for priority (Priority amt on claim is for sales tax charges) |
| C150 | Central Time Clock, Inc. | Wilmot Road Market LLC | $257.76 | $3,495.00 | | Disallow | Duplicate of claim #7 |
| C5 | Comptroller of Maryland | Seasons Maryland LLC | $5,822.00 | $30.00 | | Disallow | Sales tax paid |
| C125 | Congregation Chemed of Nitra | Seasons corporate | $5,013.00 | $0.00 | $5,013.00 | Reclassify to Unsecured | No basis for priority (Kashrus Certification) |
| C12 | Kel Chai Corp. | Wilmot Road Market LLC | $12,850.00 | $58,079.44 | $70,929.44 | Reclassify to Unsecured | Reclass to Unsecured. No basis for priority (In store concession claim for % of sales) |
| C1 | New York State | Seasons Corporate | $21,139.37 | $0.00 | | Disallow | Sales tax paid |
| C1 | New York State | Seasons Corporate | $11,419.98 | $0.00 | | Disallow | Sales tax paid |
| C2 | New York State | Seasons Corporate | $1,662.13 | $0.00 | | Disallow | Sales tax paid |
| C1 | New York State | Seasons Corporate | $18,661.84 | $0.00 | | Disallow | Sales tax paid |
| C1 | New York State | Seasons Corporate | $11,336.92 | $0.00 | | Disallow | Sales tax paid |
| C9 | State of New Jersey | Wilmot Road Market LLC | $42,500.00 | $0.00 | | Disallow | Books and records |
| C11 | State of New Jersey | Seasons Lakewood LLC | $4,321.47 | $0.00 | | Disallow | Books and records |
| C5 | State of New Jersey | Seasons Clifton LLC | $1,500.00 | $0.00 | | Disallow | GIT-ER Paid |
| C128 | Scarsdale Shopping Center Associates, LLC | Seasons Corporate | No amount | No amount | | Disallow | Duplicate of Claim #128 |