# EXHIBIT A

Nathan Schwed, Esq.
Peter Janovsky, Esq.
Robert Guttmann, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone:(212) 223-0400
Facsimile: (212) 753-0396

This Order relates to a hearing
held on _____

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEASONS CORPORATE LLC, *et al.*, | Case No.:   18-45284 (nhl) |
| Debtors.[1] | Jointly Administered |

### ORDER SUSTAINING DEBTORS' FOURTH OMNIBUS OBJECTION: TO SECTION 503(B)(9) CLAIMS FILED AGAINST THE DEBTORS THAT ARE DUPLICATE, IMPROPERLY CLASSIFIED AS SECTION 503(B)(9) CLAIMS, OR SATISFIED

Upon the Debtors' Fourth Omnibus Objection to Claims (the "Fourth

Objection")[2] that are duplicate and/or have been amended (the "Duplicate Claims"); (ii)

---

[1]   The Debtors in these Chapter 11 cases, together with the last four digits of their federal tax identification numbers, are as follows: Blue Gold Equities LLC (7766), Central Avenue Market LLC (7961), Amsterdam Avenue Market LLC (7988), Wilmot Road Market LLC (8020), Seasons Express Inwood LLC (1703), Seasons Lakewood LLC (0295), Seasons Maryland LLC (1895), Seasons Clifton LLC (3331), Seasons Cleveland LLC (7367), Lawrence Supermarket LLC (8258), Upper West Side Supermarket LLC (8895), Seasons Property Management LLC (2672) and Seasons Corporate LLC (2266) (collectively the "Debtors").

[2]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Fourth Objection.

improperly classified as secured (the "Reclassified Claims"); (iii) satisfied, assumed and/or cured (the "Satisfied Claims" and, together with the Duplicate and Reclassified Claims, the "Disputed Claims"**),** and the Court having jurisdiction to consider the Fourth Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Fourth Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Fourth Objection having been provided, and no other or further notice of the Fourth Objection being necessary; and the Court having considered the Fourth Objection, and any responses thereto; and it appearing that the relief requested therein is in the best interests of the Debtors and their estates, creditors, and all other parties in interest; and after due deliberation thereon and good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The relief requested in the Fourth Objection is granted to the extent provided herein.

2. The following Claims listed on Schedule 1 hereto as "Duplicate" in the column under the heading "Basis for Objection" are disallowed and expunged in their entirety; *provided however*, that the relief granted herein shall have no effect on any surviving claims filed under the claim number set forth in the column under the heading Basis for Objection.

| Claim Number | Claimant |
|---|---|
| C31 | Euler Hermes N.A. Insurance Co. Agent of Dependable Food |
| C17 | Euler Hermes, N.A. Insurance Co. |
| C155 | M & M Salad Dist. Inc |
| C157 | M & M Salad Dist. Inc |
| C158 | M & M Salad Dist. Inc |

3. The following Claims listed on Schedule 1 hereto as "Reclassify to Unsecured" in the column under the heading "Basis for Objection," are reclassified as unsecured, and the relief granted herein shall have no effect on the surviving claim listed under the heading labeled "Proposed General Unsecured Amount" on Schedule 1.

| Claim Number | Claimant |
|---|---|
| C103 | Ahmed Yousif |
| C102 | Capricorn Seafood, In. |
| C105 | Granolachik |
| C156 | M & M Salad Dist. Inc |
| C42 | M & M Salad Dist. Inc. |
| C42 | Paskesz Candy, Co. |
| C28 | Reisman's Bakery |
| C33 | Shapiro's Bakery LLC |

4. The following Claim listed on Schedule 1 hereto in the column under the heading "Basis for Objection" as Assumed and Cured and/or Paid, is disallowed and expunged in its entirety.

| Claim Number | Claimant |
|---|---|
| C19 | Beltway Wholesale Produce, Inc. |

6. The Clerk's Office is authorized and directed to modify the official claims registry for the Debtors, as appropriate, in compliance with the terms of this Order.

7. Each Disputed Claim and the objections filed by the Debtors to such claim, as addressed in the Fourth Objection and as set forth on Schedule 1 hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.

8. This Order shall be deemed a separate Order with respect to each Disputed Claim. Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Fourth Objection or this Order.

9. The terms and conditions of this Order are effective immediately upon entry.

10. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

4832-8659-2720, v. 1

SEASONS CORPORATE, ET AL.
CASE NO. 18-45284 (JOINTLY ADMINISTERED)
NON-SUBSTANTIVE OMNIBUS OBJECTION TO 503(B)(9) CLAIMS

| Claim No. | Claim Filed Date | Creditor | Debtor | Filed 503(b)(9) Amount | Proposed Administrative Claim | Proposed 503(b)(9) Claim | Proposed General Unsecured Claim | Proposed Treatment | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| C103 | 5/6/2019 | Ahmed Yousif | Seasons Lakewood LLC | $9,561.91 | | $1,139.00 | $8,422.91 | Reduce and reclassify to Unsecured | Goods delivered prior to 20 day period |
| C19 | 6/6/2019 | Beltway Wholesale Produce Inc. | Seasons Maryland LLC | $29,523.00 | | | | Disallow | Paid pursuant to PACA motion;Goods delivered prior to 20 day |
| C102 | 5/6/2019 | Capricorn Seafood, Inc. | Wilmot Road Market LLC | $8,846.00 | | | $8,846.00 | Reclassify to Unsecured | Goods delivered prior to 20 day period |
| C31 | 4/22/2019 | Euler Hermes N.A. Insurance Co. Agent of Dependable Food | Seasons Lakewood LLC | $1,237.00 | | | | Disallow | Duplicate of claim number 23 |
| C17 | 12/10/2018 | Euler Hermes, N.A. Insurance Co. | Seasons Lakewood LLC | $947.30 | | | | Disallow | Duplicate of claim number 14 |
| C105 | 5/10/2019 | Granolachik | Blue Gold Equities LLC | $360.00 | | | $1,587.00 | Reclassify to Unsecured | Goods delivered prior to 20 day period |
| C155 | 7/9/2019 | M & M Salad Dist. Inc | Central Avenue Market LLC | $7,114.29 | | | $7,114.29 | Disallow | Goods delivered prior to 20 day period, Duplicate of claim 121 |
| C156 | 7/9/2019 | M & M Salad Dist. Inc | Seasons Lakewood LLC | $3,452.00 | | $70.00 | $3,382.00 | Reduce and reclassify to Unsecured | Goods delivered prior to 20 day |
| C157 | 7/9/2019 | M & M Salad Dist. Inc | Upper West Side Supermarket LLC | $109.00 | | | | Disallow | Goods delivered prior to 20 day, duplicate of claim 119 |
| C42 | 7/9/2019 | M & M Salad Dist. Inc. | Seasons Clifton LLC | $1,812.50 | | | $1,812.50 | Reclassify to Unsecured | Goods delivered prior to 20 day period |
| C158 | 7/9/2019 | M & M Salad Dist., Inc. | Blue Gold Equities LLC | $6,168.00 | | | $6,168.00 | Disallow | Goods delivered prior to 20 day period, duplicate of claim 120 |
| C42 | 1/18/2019 | Paskesz Candy, Co. | Seasons corporate | $3,009.30 | | | $3,009.30 | Reclassify to Unsecured | Books and records; no support attached |
| C28 | 5/7/2019 | Reismans Bakery | Seasons Lakewood LLC | $2,731.45 | | | $2,731.45 | Reclassify to Unsecured | Goods delivered prior to 20 day period |
| C33 | 5/16/2019 | Shapiro's Bakery LLC | Seasons Lakewood LLC | $32,695.79 | $0.00 | | $32,695.79 | Reclassify to Unsecured | Goods delivered prior to 20 day period. |