# **<u>EXHIBIT A</u>**

Nathan Schwed, Esq.
Peter Janovsky, Esq.
Robert Guttmann, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone:(212) 223-0400
Facsimile: (212) 753-0396

This Order relates to a hearing
held on _____

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEASONS CORPORATE LLC, *et al.*, | Case No.:   18-45284 (nhl) |
| Debtors.[1] | Jointly Administered |

**ORDER SUSTAINING DEBTORS' FIFTH OMNIBUS OBJECTION: TO
UNSECURED CLAIMS FILED AGAINST THE DEBTORS THAT ARE
AMENDED OR DUPLICATE, SATISFIED, NOT REFLECTED IN THE
DEBTORS' BOOKS AND RECORDS, OR REDUCED**

Upon the Debtors' Fifth Omnibus Objection to Claims (the "Fifth

Objection")[2] that are (i) duplicate and/or have been amended (the "Duplicate Claims");

---

[1]  The Debtors in these Chapter 11 cases, together with the last four digits of their federal tax identification numbers, are as follows: Blue Gold Equities LLC (7766), Central Avenue Market LLC (7961), Amsterdam Avenue Market LLC (7988), Wilmot Road Market LLC (8020), Seasons Express Inwood LLC (1703), Seasons Lakewood LLC (0295), Seasons Maryland LLC (1895), Seasons Clifton LLC (3331), Seasons Cleveland LLC (7367), Lawrence Supermarket LLC (8258), Upper West Side Supermarket LLC (8895), Seasons Property Management LLC (2672) and Seasons Corporate LLC (2266) (collectively the "Debtors").

[2]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Fifth Objection.

(ii) satisfied, assumed and/or cured (the "Satisfied Claims"), (iii) not reflected in the Debtor's books and records (the "Records Claims"), or (iv) reduced (the "Reduced Claims" and, together with the Duplicate Claims, the Satisfied Claims and the Records Claims, the "Disputed Claims"), and the Court having jurisdiction to consider the Fifth Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Fifth Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Fifth Objection having been provided, and no other or further notice of the Fifth Objection being necessary; and the Court having considered the Fifth Objection, and any responses thereto; and it appearing that the relief requested therein is in the best interests of the Debtors and their estates, creditors, and all other parties in interest; and after due deliberation thereon and good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The relief requested in the Fifth Objection is granted to the extent provided herein.

2. The Claims listed on Schedule 1 hereto as "Amended" or "Duplicate" in the column under the heading "Basis for Objection," are disallowed and expunged in their entirety; *provided however*, that the relief granted herein shall have no effect on the surviving claim listed under the heading "Basis for Objection."

3. The Claims listed on Schedule 1 hereto as "Assumed and Cured and/or Paid" in the column under the heading "Basis for Objection" are disallowed and expunged in their entirety.

5. The Claims listed on Schedule 1 hereto as "Books and Records" in the column under the heading "Basis for Objection" are disallowed and expunged in their entirety.

6. The Claims listed on Schedule 1 hereto as "Reduced" in the column under the heading "Basis for Objection" are reduced to the amount set forth in the column under the heading "Proposed General Unsecured Amount."

8. The Clerk's Office is authorized and directed to modify the official claims registry for the Debtors, as appropriate, in compliance with the terms of this Order.

9. Each Disputed Claim and the objections filed by the Debtors to such claim, as addressed in the Fifth Objection and as set forth on Schedule 1 hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.

10. This Order shall be deemed a separate Order with respect to each Disputed Claim. Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Fifth Objection or this Order.

10. The terms and conditions of this Order are effective immediately upon entry.

11. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

4819-3387-1056, v. 1

SEASONS CORPORATE, ET AL.

CASE NO. 18-45284 (JOINTLY ADMINISTERED)

NON-SUBSTANTIVE OMNIBUS OBJECTION TO UNSECURED CLAIMS

| Claim No. | Creditor | Debtor | Filed General Unsecured Amount | Proposed General Unsecured Amount | Proposed Treatment | Basis for Objection |
|---|---|---|---|---|---|---|
| C12 | A-One Merchandising Corp | Blue Gold Equities LLC | $24,634.34 | $0.00 | Disallow | Amended by claim 13 |
| C17 | A-One Merchandising Corp | Central Avenue Market LLC | $24,634.34 | $0.00 | Disallow | Duplicate of claim 12 |
| C57 | Axos Bank f/k/a Bofl Federal Bank | Seasons Maryland LLC | $1,365,645.00 | $0.00 | Disallow | Amended by claim #C6 |
| C6 | Axos Bank f/k/a Bofl Federal Bank | Seasons Maryland LLC | $1,365,645.00 | $0.00 | Disallow | Assumed and cured; late filed |
| C21 | BAI Food LLC dba Croton Farms | Amsterdam Avenue Market LLC | $782.55 | $0.00 | Disallow | Duplicate of claim 6 |
| C17 | BAI Food LLC dba Croton Farms | Wilmot Road Market LLC | $23,592.17 | $0.00 | Disallow | Duplicate of claim 6 |
| C4 | Baltimore Gas and Electric Co. | Seasons Maryland LLC | $66,493.59 | $0.00 | Disallow | Duplicate of claim 4 filed in Seasons Maryland |
| C47 | Cleveland Kosher Supermarket LLC | Seasons Cleveland LLC | $2,686,603.15 | $0.00 | | Duplicate of claim 1 |
| C20 | CLS Planning & Construction Services, LLC | Wilmot Road Market LLC | $8,586.12 | $0.00 | Disallow | Duplicate of claim 8 |
| C27 | Computer Dimension Inc | Seasons corporate | $28,824.80 | $0.00 | Disallow | Duplicate of claim 7 |
| C15 | Computer Dimension Inc | Seasons corporate | $28,824.80 | $0.00 | Disallow | Duplicate of claim 7 |
| C11 | Computer Dimension Inc | Seasons corporate | $28,824.80 | $0.00 | Disallow | Duplicate of claim 7 |
| C3 | Computer Dimension Inc | Seasons corporate | $28,824.80 | $0.00 | Disallow | Duplicate of claim 7 |
| C95 | Computer Dimension Inc | Seasons corporate | $28,824.80 | $0.00 | Disallow | Duplicate of claim 7 |
| C14 | Computer Dimension Inc | Seasons corporate | $28,824.80 | $0.00 | Disallow | Duplicate of claim 7 |
| C25 | Computer Dimension Inc | Seasons corporate | $28,824.80 | $0.00 | Disallow | Duplicate of claim 7 |
| C14 | Computer Dimension Inc | Seasons corporate | $28,824.80 | $0.00 | Disallow | Duplicate of claim 7 |
| C23 | Computer Dimension Inc | Seasons corporate | $28,824.80 | $0.00 | Disallow | Duplicate of claim 7 |
| C7 | Computer Dimension Inc | Seasons corporate | $28,824.80 | $0.00 | Disallow | Duplicate of claim 7 |
| C11 | Computer Dimension Inc | Seasons corporate | $28,824.80 | $0.00 | Disallow | Duplicate of claim 7 |
| C35 | Crestmark Equipment Finance, Inc. | Wilmot Road Market LLC | $3,365,763.45 | $0.00 | Disallow | Duplicate of claim 10; Assumed by Purchaser |
| C42 | Golden Taste, Inc. | Blue Gold Equities LLC | $34,172.32 | $0.00 | Disallow | Duplicate of claim 23 |
| C30 | Golden Taste, Inc. | Amsterdam Avenue Market LLC | $4,944.10 | $0.00 | Disallow | Duplicate of claim 23 |
| C32 | Golden Taste, Inc. | Amsterdam Avenue Market LLC | $4,944.00 | $0.00 | Disallow | Duplicate of claim 23 |
| C9 | Golden Taste, Inc. | Seasons Cleveland LLC | $105,569.00 | $0.00 | Disallow | Duplicate of claim 23 |
| C137 | Golden Taste, Inc. | Seasons Corporate | $105,569.00 | $0.00 | Disallow | Duplicate of claim 23 |
| C28 | Golden Taste, Inc. | Wilmot Road Market LLC | $105,569.00 | $0.00 | Disallow | Duplicate of claim 23 |
| C47 | Golden Taste, Inc. | Seasons Lakewood LLC | $34,172.32 | $0.00 | Disallow | Duplicate of claim 23 |
| C48 | Golden Taste, Inc. | Seasons Express Inwood LLC | $2,725.00 | $0.00 | Disallow | Duplicate of claim 23 |
| C29 | Golden Taste, Inc. | Central Avenue Market LLC | $20,185.05 | $0.00 | Disallow | Duplicate of claim 23 |
| C39 | Golden Taste, Inc. | Seasons Clifton LLC | $17,037.97 | $0.00 | Disallow | Duplicate of claim 23 |
| C19 | Golden Taste, Inc. | Upper West Side Supermarket LLC | $105,569.00 | $0.00 | Disallow | Duplicate of claim 23 |
| C18 | Golden Taste, Inc. | Seasons Express Inwood LLC | $2,724.72 | $0.00 | Disallow | Duplicate of claim 23 |
| C5 | Golden Taste, Inc. | Seasons Property Management LLC | $105,569.00 | $0.00 | Disallow | Duplicate of claim 23 |
| C25 | Great America Financial Services Corp. | Seasons Express Inwood LLC | $2,784.82 | $0.00 | Disallow | Duplicate of claim 10; Assumed and cured |
| C8 | Hanmi Bank | Central Avenue Market LLC | $176,165.94 | $0.00 | Disallow | Assumed and cured |
| C4 | Hanmi Bank | Central Avenue Market LLC | $176,165.94 | $0.00 | Disallow | Duplicate of claim 8; Assumed and cured |

SEASONS CORPORATE, ET AL.

CASE NO. 18-45284 (JOINTLY ADMINISTERED)

NON-SUBSTANTIVE OMNIBUS OBJECTION TO UNSECURED CLAIMS

| Claim No. | Creditor | Debtor | Filed General Unsecured Amount | Proposed General Unsecured Amount | Proposed Treatment | Basis for Objection |
|---|---|---|---|---|---|---|
| C3 | Hanmi Bank | Central Avenue Market LLC | $176,165.94 | $0.00 | Disallow | Duplicate of claim 8; Assumed and cured |
| C2 | Hanmi Bank | Central Avenue Market LLC | $176,165.94 | $0.00 | Disallow | Duplicate of claim 8; Assumed and cured |
| C12 | Kel Chai Corp. | Wilmot Road Market LLC | $70,929.44 | $0.00 | Disallow | Books and records - No invoices attached to claim |
| C31 | Krasdale Foods, Inc. | Blue Gold Equities LLC | $40,818.86 | $0.00 | Disallow | Books and records |
| C19 | Krasdale Foods, Inc. | Amsterdam Avenue Market LLC | $5,270.17 | $0.00 | Disallow | Books and records |
| C34 | Krasdale Foods, Inc. | Seasons Lakewood LLC | $22,232.41 | $0.00 | Disallow | Books and records |
| C18 | Krasdale Foods, Inc. | Central Avenue Market LLC | $73,328.36 | $49,180.28 | Reduce and allow | Books and records |
| C30 | Krasdale Foods, Inc. | Seasons Clifton LLC | $28,259.43 | $0.00 | Disallow | Books and records |
| C15 | Krasdale Foods, Inc. | Seasons Maryland LLC | $25,975.53 | $0.00 | Disallow | Books and records |
| C16 | Laurence Garber | Upper West Side Supermarket LLC | $130,000.00 | $0.00 | Disallow | Duplicate, Included in L&N claim #37 |
| C5 | Liftco Elevator Group | Central Avenue Market LLC | $16,403.27 | $0.00 | Disallow | Duplicate of claim 101 |
| C122 | M&M Salad Dist. Inc. | Seasons Corporate | $3,452.00 | $0.00 | Disallow | Duplicate of claim 156 |
| C141 | Main Ingredient South Inc | Seasons Lakewood LLC | $194,191.00 | $0.00 | Disallow | duplicate of claim 42 |
| C25 | Main Street Bakeshop | Amsterdam Avenue Market LLC | $105,672.13 | $0.00 | Disallow | Duplicate of claim 36 |
| C16 | Main Street Bakeshop | Lawrence Supermarket LLC | $105,672.13 | $0.00 | Disallow | Duplicate of claim 36 |
| C5 | Main Street Bakeshop | Seasons Cleveland LLC | $105,672.13 | $0.00 | Disallow | Duplicate of claim 36 |
| C130 | Main Street Bakeshop | seasons corporate | $105,672.13 | $0.00 | Disallow | Duplicate of claim 36 |
| C22 | Main Street Bakeshop | Wilmot Road Market LLC | $105,672.13 | $0.00 | Disallow | Duplicate of claim 36 |
| C40 | Main Street Bakeshop | Seasons Lakewood LLC | $105,672.13 | $0.00 | Disallow | Duplicate of claim 36 |
| C22 | Main Street Bakeshop | Wilmot Road Market LLC | $105,672.13 | $0.00 | Disallow | Duplicate of claim 36 |
| C35 | Main Street Bakeshop | Seasons Clifton LLC | $105,672.13 | $0.00 | Disallow | Duplicate of claim 36 |
| C11 | Main Street Bakeshop | Upper West Side Supermarket LLC | $105,672.13 | $0.00 | Disallow | Duplicate of claim 36 |
| C14 | Main Street Bakeshop | Seasons Express Inwood LLC | $105,672.13 | $0.00 | Disallow | Duplicate of claim 36 |
| C17 | Main Street Bakeshop | Seasons Maryland LLC | $105,672.13 | $0.00 | Disallow | Duplicate of claim 36 |
| C146 | Manhattan Snacks | Seasons Corporate | $45,396.83 | $0.00 | Disallow | Duplicate of claim 91 |
| C140 | Mario R Vergara Architects, PC | Wilmot Road Market LLC | $21,484.00 | $0.00 | Disallow | Duplicate of claim 29 |
| C23 | Nathan Genut dba Fresh N Daily | Amsterdam Avenue Market LLC | $90,229.84 | $59,138.71 | Reduce and allow | Claim includes post-petition invoices |
| C145 | Natural Earth Products Inc | Seasons Corporate | $4,169.38 | $0.00 | Disallow | Duplicate of claim 144 |
| C154 | Nitti's Exhaust Hood Cleaning LLC | Seasons Clifton LLC | $426.50 | $0.00 | Disallow | Duplicate of claim 126 |
| C17 | Norman Lampert | Upper West Side Supermarket LLC | $80,000.00 | $0.00 | Disallow | Duplicate, Included in L&N claim #37 |
| C32 | Pagano Melon Corp | Seasons Lakewood LLC | $413.13 | $0.00 | Disallow | Paid pursuant to PACA motion |
| C19 | Pagano Melon Corp | Central Avenue Market LLC | $2,136.75 | $0.00 | Disallow | Paid pursuant to PACA motion |
| C11 | Pagano Melon Corp | Seasons Clifton LLC | $1,355.11 | $0.00 | Disallow | Paid pursuant to PACA motion |