# EXHIBIT A

| Nathan Schwed, Esq. | This Order relates to a hearing |
| Peter Janovsky, Esq. | held on _____ |
| Robert Guttmann, Esq. | |
| ZEICHNER ELLMAN & KRAUSE LLP | |
| 1211 Avenue of the Americas | |
| New York, New York 10036 | |
| Telephone:(212) 223-0400 | |
| Facsimile: (212) 753-0396 | |

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
| --- | --- |
| SEASONS CORPORATE LLC, *et al.*, | Case No.:   18-45284 (nhl) |
| Debtors.[1] | Jointly Administered |

**ORDER SUSTAINING DEBTORS' SIXTH OMNIBUS OBJECTION: TO UNSECURED CLAIMS FILED AGAINST THE DEBTORS THAT ARE AMENDED OR DUPLICATE, SATISFIED, NOT REFLECTED IN THE <u>DEBTORS' BOOKS AND RECORDS, OR REDUCED</u>**

Upon the Debtors' Sixth Omnibus Objection to Claims (the "Sixth Objection")[2] that are (i) duplicate and/or have been amended (the "Duplicate Claims");

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of their federal tax identification numbers, are as follows: Blue Gold Equities LLC (7766), Central Avenue Market LLC (7961), Amsterdam Avenue Market LLC (7988), Wilmot Road Market LLC (8020), Seasons Express Inwood LLC (1703), Seasons Lakewood LLC (0295), Seasons Maryland LLC (1895), Seasons Clifton LLC (3331), Seasons Cleveland LLC (7367), Lawrence Supermarket LLC (8258), Upper West Side Supermarket LLC (8895), Seasons Property Management LLC (2672) and Seasons Corporate LLC (2266) (collectively the "Debtors").

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sixth Objection.

(ii) satisfied, assumed and/or cured (the "Satisfied Claims"), (iii) not reflected in the Debtor's books and records (the "Records Claims"), or (iv) reduced (the "Reduced Claims" and, together with the Duplicate Claims, the Satisfied Claims and the Records Claims, the "Disputed Claims"), and the Court having jurisdiction to consider the Sixth Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Sixth Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Sixth Objection having been provided, and no other or further notice of the Sixth Objection being necessary; and the Court having considered the Sixth Objection, and any responses thereto; and it appearing that the relief requested therein is in the best interests of the Debtors and their estates, creditors, and all other parties in interest; and after due deliberation thereon and good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The relief requested in the Sixth Objection is granted to the extent provided herein.

2. The Claims listed on Schedule 1 hereto as "Amended" or "Duplicate" in the column under the heading "Basis for Objection," are disallowed and expunged in their entirety; *provided however*, that the relief granted herein shall have no effect on the surviving claim listed under the heading "Basis for Objection."

3. The Claims listed on Schedule 1 hereto as "Assumed and Cured and/or Paid" in the column under the heading "Basis for Objection" are disallowed and expunged in their entirety.

5. The Claims listed on Schedule 1 hereto as "Books and Records" in the column under the heading "Basis for Objection" are disallowed and expunged in their entirety.

6. The Claims listed on Schedule 1 hereto as "Reduced" in the column under the heading "Basis for Objection" are reduced to the amount set forth in the column under the heading "Proposed General Unsecured Amount."

8. The Clerk's Office is authorized and directed to modify the official claims registry for the Debtors, as appropriate, in compliance with the terms of this Order.

9. Each Disputed Claim and the objections filed by the Debtors to such claim, as addressed in the Sixth Objection and as set forth on Schedule 1 hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.

10. This Order shall be deemed a separate Order with respect to each Disputed Claim. Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters listed in the Sixth Objection or this Order.

10. The terms and conditions of this Order are effective immediately upon entry.

11. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

4837-5814-5232, v. 1

SEASONS CORPORATE, ET AL.
CASE NO. 18-45284 (JOINTLY ADMINISTERED)
NON-SUBSTANTIVE OMNIBUS OBJECTION TO UNSECURED CLAIMS

| Claim No. | Creditor | Debtor | Filed General Unsecured Amount | Proposed General Unsecured Amount | Proposed Treatment | Basis for Objection |
|---|---|---|---|---|---|---|
| C142 | Public Service Truck Renting Inc. | Central Avenue Market LLC | $33,000.16 | $0.00 | Disallow | Truck lease - assumed; Debtor does not have equipment |
| C31 | Quality Glatt Corp | Seasons Corporate | $660,909.29 | $0.00 | Disallow | Duplicate of claim 43 |
| C22 | Quality Glatt Corp | Seasons Corporate | $660,909.29 | $0.00 | Disallow | Duplicate of claim 43 |
| C8 | Quality Glatt Corp | Seasons Corporate | $660,909.29 | $0.00 | Disallow | Duplicate of claim 43 |
| C136 | Quality Glatt Corp | Seasons Corporate | $660,909.29 | $0.00 | Disallow | Duplicate of claim 43 |
| C27 | Quality Glatt Corp | Seasons Corporate | $660,909.29 | $0.00 | Disallow | Duplicate of claim 43 |
| C49 | Quality Glatt Corp | Seasons Corporate | $660,909.29 | $0.00 | Disallow | Duplicate of claim 43 |
| C30 | Quality Glatt Corp | Seasons Corporate | $660,909.29 | $0.00 | Disallow | Duplicate of claim 43 |
| C41 | Quality Glatt Corp | Seasons Corporate | $660,909.29 | $0.00 | Disallow | Duplicate of claim 43 |
| C20 | Quality Glatt Corp | Seasons Corporate | $660,909.29 | $0.00 | Disallow | Duplicate of claim 43 |
| C20 | Quality Glatt Corp | Seasons Corporate | $660,909.29 | $0.00 | Disallow | Duplicate of claim 43 |
| C25 | Quality Glatt Corp | Seasons Corporate | $660,909.29 | $0.00 | Disallow | Duplicate of claim 43 |
| C6 | Quality Glatt Corp | Seasons Corporate | $660,909.29 | $0.00 | Disallow | Duplicate of claim 43 |
| C29 | Quality Glatt Corp | Seasons Corporate | $240,594.03 | $0.00 | Disallow | Duplicate of claim 40 |
| C20 | Quality Glatt Corp | Seasons Corporate | $240,594.03 | $0.00 | Disallow | Duplicate of claim 40 |
| C7 | Quality Glatt Corp | Seasons Corporate | $240,594.03 | $0.00 | Disallow | Duplicate of claim 40 |
| C134 | Quality Glatt Corp | Seasons Corporate | $240,594.03 | $0.00 | Disallow | Duplicate of claim 40 |
| C26 | Quality Glatt Corp | Seasons Corporate | $240,594.03 | $0.00 | Disallow | Duplicate of claim 40 |
| C46 | Quality Glatt Corp | Seasons Corporate | $240,594.03 | $0.00 | Disallow | Duplicate of claim 40 |
| C28 | Quality Glatt Corp | Seasons Corporate | $240,594.03 | $0.00 | Disallow | Duplicate of claim 40 |
| C40 | Quality Glatt Corp | Seasons Corporate | $240,594.03 | $0.00 | Disallow | Duplicate of claim 40 |
| C18 | Quality Glatt Corp | Seasons Corporate | $240,594.03 | $0.00 | Disallow | Duplicate of claim 40 |
| C19 | Quality Glatt Corp | Seasons Corporate | $240,594.03 | $0.00 | Disallow | Duplicate of claim 40 |
| C24 | Quality Glatt Corp | Seasons Corporate | $240,594.03 | $0.00 | Disallow | Duplicate of claim 40 |
| C4 | Quality Glatt Corp | Seasons Corporate | $240,594.03 | $0.00 | Disallow | Duplicate of claim 40 |
| C28 | Quality Glatt Corp | Seasons Corporate | $457,372.35 | $0.00 | Disallow | Duplicate of claim 39 |
| C19 | Quality Glatt Corp | Seasons Corporate | $457,372.35 | $0.00 | Disallow | Duplicate of claim 39 |
| C6 | Quality Glatt Corp | Seasons Corporate | $457,372.35 | $0.00 | Disallow | Duplicate of claim 39 |
| C133 | Quality Glatt Corp | Seasons Corporate | $457,372.35 | $0.00 | Disallow | Duplicate of claim 39 |
| C25 | Quality Glatt Corp | Seasons Corporate | $457,372.35 | $0.00 | Disallow | Duplicate of claim 39 |
| C43 | Quality Glatt Corp | Seasons Corporate | $457,372.35 | $0.00 | Disallow | Duplicate of claim 39 |
| C26 | Quality Glatt Corp | Seasons Corporate | $457,372.35 | $0.00 | Disallow | Duplicate of claim 39 |
| C38 | Quality Glatt Corp | Seasons Corporate | $457,372.35 | $0.00 | Disallow | Duplicate of claim 39 |
| C15 | Quality Glatt Corp | Seasons Corporate | $457,372.35 | $0.00 | Disallow | Duplicate of claim 39 |
| C16 | Quality Glatt Corp | Seasons Corporate | $457,372.35 | $0.00 | Disallow | Duplicate of claim 39 |
| C21 | Quality Glatt Corp | Seasons Corporate | $457,372.35 | $0.00 | Disallow | Duplicate of claim 39 |
| C3 | Quality Glatt Corp | Seasons Corporate | $457,372.35 | $0.00 | Disallow | Duplicate of claim 39 |
| C39 | Rafael Kohn/RT Direct Distributors | Seasons Corporate | $14,619.60 | $0.00 | Disallow | Amended by claim 106 |

SEASONS CORPORATE, ET AL.
CASE NO. 18-45284 (JOINTLY ADMINISTERED)
NON-SUBSTANTIVE OMNIBUS OBJECTION TO UNSECURED CLAIMS

| Claim No. | Creditor | Debtor | Filed General Unsecured Amount | Proposed General Unsecured Amount | Proposed Treatment | Basis for Objection |
|---|---|---|---|---|---|---|
| C20 | Ritz Flooring, Inc. | Seasons Maryland LLC | $31,990.48 | $19,220.49 | Reduce and allow | POC double counts amounts |
| C38 | RPE LLC | Blue Gold Equities LLC | $108,262.76 | $0.00 | Disallow | Duplicate of claim 22 |
| C31 | S & L Paper Corp | Wilmot Road Market LLC | $18,438.35 | $0.00 | Disallow | Duplicate of claim 25 |
| C18 | Same Day Delivery, Inc. | Amsterdam Avenue Market LLC | $41,548.53 | $0.00 | Disallow | Duplicate of claim 40 |
| C29 | Same Day Delivery, Inc. | Seasons Clifton LLC | $7,147.39 | $0.00 | Disallow | Duplicate of claim 40 |
| C9 | Same Day Delivery, Inc. | Upper West Side Supermarket LLC | $41,548.53 | $0.00 | Disallow | Duplicate of claim 40 |
| C35 | Shlomies Heimish Corp | Blue Gold Equities LLC | $335,474.67 | $0.00 | Disallow | Duplicate of claim 2 |
| C24 | Shlomies Heimish Corp | Amsterdam Avenue Market LLC | $335,474.67 | $0.00 | Disallow | Duplicate of claim 2 |
| C15 | Shlomies Heimish Corp | Lawrence Supermarket LLC | $335,474.67 | $0.00 | Disallow | Duplicate of claim 2 |
| C129 | Shlomies Heimish Corp | Seasons Corporate | $335,474.67 | $0.00 | Disallow | Duplicate of claim 2 |
| C21 | Shlomies Heimish Corp | Wilmot Road Market LLC | $335,474.67 | $0.00 | Disallow | Duplicate of claim 2 |
| C41 | Shlomies Heimish Corp | Seasons Lakewood LLC | $335,474.67 | $0.00 | Disallow | Duplicate of claim 2 |
| C23 | Shlomies Heimish Corp | Central Avenue Market LLC | $335,474.67 | $0.00 | Disallow | Duplicate of claim 2 |
| C36 | Shlomies Heimish Corp | Seasons Clifton LLC | $335,474.67 | $0.00 | Disallow | Duplicate of claim 2 |
| C12 | Shlomies Heimish Corp | Upper West Side Supermarket LLC | $335,474.67 | $0.00 | Disallow | Duplicate of claim 2 |
| C15 | Shlomies Heimish Corp | Seasons Express Inwood LLC | $335,474.67 | $0.00 | Disallow | Duplicate of claim 2 |
| C18 | Shlomies Heimish Corp | Seasons Maryland LLC | $335,474.67 | $0.00 | Disallow | Duplicate of claim 2 |
| C24 | Super Sol Ltd. | Seasons Corporate | $32,653.97 | $0.00 | Disallow | Duplicate of claim 14 |
| C38 | Super Sol, Ltd. | Seasons Corporate | $32,653.97 | $0.00 | Disallow | Duplicate of claim 14 |
| C27 | Super Sol, Ltd. | Seasons Corporate | $32,653.97 | $0.00 | Disallow | Duplicate of claim 14 |
| C18 | Super Sol, Ltd. | Seasons Corporate | $32,653.97 | $0.00 | Disallow | Duplicate of claim 14 |
| C25 | Super Sol, Ltd. | Seasons Corporate | $32,653.97 | $0.00 | Disallow | Duplicate of claim 14 |
| C30 | Tamaz Jin | Blue Gold Equities LLC | $500,000.00 | $0.00 | Disallow | Claim limited to insurance proceeds |
| C108 | Tamaz Jin | Seasons Corporate | $500,000.00 | $0.00 | Disallow | Duplicate of claim 30 |
| C109 | Tamaz Jin | Seasons Corporate | $500,000.00 | $0.00 | Disallow | Duplicate of claim 30 |
| C104 | The C.E.G. Company | Seasons Corporate | $566,623.01 | $0.00 | Disallow | Duplicate of claim 8 |
| C8 | The C.E.G. Company | Upper West Side Supermarket LLC | $566,623.01 | $0.00 | Disallow | Assumed and cured |
| C160 | The Jewish Press | Seasons Corporate | $20,000.00 | $2,726.10 | Disallow | No support attached to claim, late filed |
| C36 | Whitey Produce Co Inc | Seasons Corporate | $19,045.78 | $0.00 | Disallow | Paid pursuant to PACA motion |
| C9 | Zachary Richards | Seasons Maryland LLC | $28,539.40 | $0.00 | Disallow | Employee expenses, paid pursuant to first day motion |
| C4 | Zalmen Berkovitz | Seasons Cleveland LLC | $335,474.67 | $0.00 | Disallow | Duplicate of claim #2 - Heimsh Corp |