**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEASONS CORPORATE LLC, *et al.*, | Case No.:   18-45284 (nhl) |
| Debtors.[1] | Jointly Administered |

## AMENDMENTS TO SCHEDULES D AND E/F

---

[1]  The Debtors in these Chapter 11 cases, together with the last four digits of their federal tax identification numbers, are as follows: Blue Gold Equities LLC (7766), Central Avenue Market LLC (7961), Amsterdam Avenue Market LLC (7988), Wilmot Road Market LLC (8020), Seasons Express Inwood LLC (1703), Seasons Lakewood LLC (0295), Seasons Maryland LLC (1895), Seasons Clifton LLC (3331), Seasons Cleveland LLC (7367), Lawrence Supermarket LLC (8258), Upper West Side Supermarket LLC (8895), Seasons Property Management LLC (2672) and Seasons Corporate LLC (2266) (collectively the "Debtors").

## AMENDMENTS TO SCHEDULE D

### Creditors Who Have Claims Secured by Property

The following claims of creditors previously included in the schedule of Creditors Who Have Claims Secured by Property are hereby **deleted**:

| Creditor: | Amount |
|---|---:|
| Advantage Funding | $3,580.00 |
| American Express Bank | $301,000.00 |
| Axos Bank f/k/a Bofl Federal Bank | $2,047,472.00 |
| Bank United | $8,800,000.00 |
| Crestmark Equipment Finance, Inc. | $3,365,763.45 |
| Ford Motor Credit Company, LLC | $17,173.82 |
| Hanmi Bank | $39,704.00 |
| Presidential Bank Mortgage | $572,577.00 |
| SKNY LLC | $3,472,711.38 |
| TFC Equipment Finance | $32,487.00 |

**TOTAL DELETED CLAIMS:**       **$18,652,468.65**

## AMENDMENTS TO SCHEDULE E/F

### Creditors Who Have Unsecured Priority Claims

**Part 1 (Priority)**

The following claims of creditors previously included in the schedule of Creditors Who Have Unsecured Priority Claims are hereby **deleted**:

| Name of Creditor Removed from Schedule | Scheduled Amount |
|---|---|
| BankUnited | $8,800,000.00 |
| Director of Finance | $635.83 |
| State of New Jersey DCA BFCE-DORES | $2,704.00 |
| State of New Jersey Division of Taxation | $4,290.31 |
| State of New Jersey Office of Weights & Measures | $600.00 |
| State of New Jersey | $850.00 |

**TOTAL DELETED CLAIMS**       **$8,809,080.14**

**Part 2 (Non-Priority)**

The following claims of creditors previously included in in the schedule of Creditors Who Have Unsecured Non-Priority Claims are hereby **deleted**:

| Creditor | Amount |
|---|---|
| 319 Cedarbridge LLC | $115,559.73 |
| A & J Produce Corp | $70,601.00 |
| A.J. Trucco, Inc | $3,958.00 |
| Baldor Specialty Foods, Inc. | $20,060.74 |
| Beltway Wholesale Produce Inc. | $24,060.00 |
| Bloom, Zvi | $1,178,705.00 |
| Coosemans New York, Inc | $7,996.50 |
| Coutros Brother Inc. | $5,677.00 |
| D'Arrigo Bros Co of New York, Inc | $43,228.50 |
| E. Armata Fruit & Produce | $26,094.00 |
| Fierman Produce Exchange Inc | $2,672.00 |
| First Choice | $46,330.80 |
| Fresco | $1,092.00 |
| Fruitco Corporation | $960.00 |
| J. Margiotta Company | $8,842.50 |
| Katzman Berry Corp | $3,215.00 |
| Lance Kravis | $2,400.00 |
| LBD Produce, Inc. | $26,794.50 |
| Northeast Banana Corp.. | $1,451.00 |
| Rubin Bros. Produce Corp. | $9,678.20 |
| S. Katzman Produce | $37,038.30 |
| Top Banana LLC | $4,212.00 |

**TOTAL:**                $ **1,469,846.47**

The following claim was previously included in **Schedule D**.  The claim is being reclassified and, accordingly, it has been removed from **Schedule D** and is now being added to **Schedule E/F** - the schedule of Creditors Who Have Unsecured Non-Priority Claims:

| Name of Creditor Added to Schedule E/F | Claim Amount |
|---|---|
| BankUnited | $8,800,000.00 |

JOEL GETZLER, the Co-CRO of the above-captioned Debtors, declares under penalty of perjury that I have read the foregoing Amendment of Schedules D and E/F and that it is true and correct to the best of my information and belief.

Dated: November 20, 2020

/s/ Joel Getzler
Joel Getzler, Co-CRO of
SEASONS CORPORATE LLC, et al
*Debtors and Debtors-in-Possession*